DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Leak<br><br>Case below:<br>153 N.C. App. 525 | No. 341P03 | 1. Def's PWC to Review the Decision of the COA (COA02-346) (Filed as a Notice of Appeal Based Upon a Constitutional Question)<br><br>2. Def's PWC to Review the Decision of the COA (Filed as a PDR)<br><br>3. Def's PWC to Review the Order of the Superior Court | 1. Dismissed ex mero motu<br><br><br><br>2. Denied<br><br><br>3. Denied |
| State v. LeGrande<br><br>Case below:<br>Stanly County<br>Superior Court | No. 462A01 | Def's PWC to Review the Order of the Superior Court | Denied |
| State v. Loza-Rivera<br><br>Case below:<br>159 N.C. App. 468 | No. 439P03 | AG's Motion for Temporary Stay (COA02-951) | Allowed pending determination of the State's PDR<br>**08/19/03** |
| State v. Mahatha<br><br>Case below:<br>157 N.C. App. 183 | No. 261P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-322) | Denied |
| State v. Martinez<br><br>Case below:<br>158 N.C. App. 105 | No. 286P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-471)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br><br>2. Denied<br><br>3. Allowed |
| State v. McClary<br><br>Case below:<br>157 N.C. App. 70 | No. 238P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-504)<br><br>2. AG's Motion to Dismiss<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br><br>3. Denied |
| State v. McCollum<br><br>Case below:<br>157 N.C. App. 408 | No. 305A03 | 1. Def's Motion for Temporary Stay (COA02-797)<br><br>2. Def's NOA Based Upon a Dissent<br><br>3. Def's PDR as to Additional Issues | 1. Allowed<br><br><br>2. ——<br><br>3. Denied |
| State v. McGinnis<br><br>Case below:<br>151 N.C. App. 750 | No. 343P03 | Def's PWC to Review the Decision of the COA (COA01-1029) | Denied |